SYLVIA HARTMAN et al., Respondents, *v.* ANGELO J. PALIOTTO, Appellant.

Submitted November 14, 1955; decided November 17, 1955.

*Angelo J. Paliotto,* in person, for motion.
*Howard I. Brenner* opposed.

Motion dismissed, with $10 costs, upon the ground that the order sought to be appealed from does not finally determine a special proceeding within the meaning of the Constitution.